UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAMONT TARRENCE MCGEE,

Plaintiff,

v.

ROBERT FENEIS, MARK UNER, and
STEVEN MCCARTY,

Defendants.

Case No. 07-CV-4868 (PJS/FLN)

ORDER

Lamont Tarrence McGee, pro se.

Margaret E. Jacot, MINNESOTA ATTORNEY GENERAL'S OFFICE, for defendants.

This matter is before the Court on the August 18, 2009 Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel. Judge Noel recommends granting defendants' motion to dismiss and for summary judgment.

McGee's objection to the R&R was due on or before September 1, 2009. McGee did not timely file an objection. The Court therefore adopts Judge Noel's R&R, grants defendants' motion, and dismisses McGee's complaint.

ORDER

Based on the foregoing and on all of the files, records, and proceedings herein, the Court ADOPTS Judge Noel's Report and Recommendation [Docket No. 86]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss and for summary judgment [Docket No. 66] is GRANTED.

2. This case is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 8, 2009          s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge